# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 24-00548 |
| BARBARA TOCZYDLOWSKA, | ) | Honorable Timothy A. Barnes |
| | ) | Hearing Date: Wed., March 27, 2024 |
| Debtor. | ) | at 9:00 a.m. |
| | ) | |

## NOTICE OF MOTION

To:  See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, March 27, 2024** at **9:00 a.m.**, I will appear before the Honorable Timothy A. Barnes or any judge sitting in that judge's place **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **Application of Trustee to Employ Attorneys,** a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All other parties must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**.  The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the Court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of

4868-0695-1775

10142136.1

Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate of Barbara Toczydlowska

Norman B. Newman, ARDC No. 2045427
**Raines Feldman LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60606
Telephone:    312.704.9400
nnewman@raineslaw.com

# CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, affirms that he served a copy of the attached Motion upon those individuals listed on the attached service list at the address shown and by the method indicated on the list on March 15, 2024.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604
**VIA ECF**

Joesph Wrobel, Ltd.
2070 Green Bay Road, Suite 206
Highland Park, IL 60035
**VIA ECF**

Barbara Toczydlowska
4712 S. Kedvale
Chicago, IL 60632
**VIA U.S. MAIL**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 24-00548 |
| BARBARA TOCZYDLOWSKA, | ) Honorable Timothy A. Barnes |
| | ) Hearing Date: Wed., March 27, 2024 |
| Debtor. | )               at 9:00 a.m. |
| | ) |

## APPLICATION OF TRUSTEE TO EMPLOY ATTORNEYS

Norman B. Newman, in his capacity as Trustee in the above-captioned case (the "***Trustee***"), requests that this Court enter an order under §327(a) and (d) of title 11 of the United States Code (the "***Bankruptcy Code***") authorizing the Trustee to employ David M. Madden and the law firm of Raines Feldman Littrell LLP ("***Raines***") as his attorneys in this case. In support of this Application, the Trustee states:

1. On January 16, 2024, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed and served as Trustee in this case.

2. The Trustee needs the services of counsel in this case as there appears to be assets which can be liquidated to provide a distribution to creditors.

3. The Trustee seeks court authority to employ Raines as his attorneys in this case for the reasons that they are experienced in the area of bankruptcy law and are well qualified to act in the capacity as attorneys for the Trustee.

4. The professional services to be rendered by Raines include, but are not limited to:

a) Giving the Trustee legal advice with respect to his powers and duties in this case;

b) Assisting the Trustee in his investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and any other matters relevant to this case;

  (c)  Investigating the Debtor's transactions with third parties and pursuing ligation where appropriate;

  (d)  Assisting the Trustee in liquidating the assets of the Debtor's estate; and

  (e)  Performing all other legal services as may be required.

  5.  Raines has agreed to be compensated for services rendered in accordance with the hourly rates as in effect from time to time, with all compensation and reimbursement of costs being subject to further order of this Court.  At present, the hourly rates are as follows: David M. Madden is expected to provide the bulk of the legal services at the rate of $575 per hour.  Any legal services to be provided by the Trustee will be at the rate of $785 per hour. Paralegals may be used to handle certain administrative and semi-legal matters.  Paralegal rates range from $225 to $425 per hour.

  6.  Raines is disinterested.  To the best of the Trustee's knowledge, Raines does not represent any other entity having an adverse interest to the Debtors, the Debtor's estate or the Trustee in the matters which Raines is to be employed.  <u>See</u>, the Affidavit of Raines attached hereto as **Exhibit "A"**. The Trustee serves as a member of the panel of private trustees and as such has frequent contact with members of the Office of the U.S. Trustee and its employees.  Additionally, the attorneys have not entered into any agreement or understanding with any person for the sharing of compensation to be received for their professional services, except as permitted under section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(a).

  7.  The Trustee believes the retention of Raines would be in the best interest of the Debtors, the Debtor's estate, the creditors and other parties in interest.

  **WHEREFORE**, the Trustee respectfully requests that the Court enter an Order

authorizing the Trustee to retain David M. Madden and Raines Feldman LLP as his attorneys in the Debtor's case and granting such other or further relief as the Court deems just.

Date: March 15, 2024                              By:   /s/ Norman B. Newman
                                                        Norman B. Newman, Trustee for the
                                                        bankruptcy estate of Barbara Toczydlowska

Norman B. Newman, ARDC No. 2045427
**Raines Feldman Littrell LLP**
30 N. LaSalle St., Ste. 3100
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:   312.372.7951
nnewman@raineslaw.com

3